# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **CR 07-1830-TUC-DCB(CRP)** |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| RAUL HERNANDEZ-RODRIGUEZ, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's First Motion to Suppress Evidence (Doc #17), and Government's First Motion to Exclude Expert Testimony (Doc #29).

Magistrate Judge Pyle conducted a hearing on March 24, 2008, and issued his Report and Recommendation on April 18, 2008.  A copy was sent to all parties.  No objections to the Magistrate Judge's Report and Recommendation have been filed.  Any objections that have not been raised are waived and will not be addressed by the Court.  *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Motion to Suppress Evidence (Doc #17) is GRANTED.

IT IS FURTHER ORDERED that the Government's Motion to Exclude Expert Testimony (Doc #29) is DENIED.

DATED this 6th day of May, 2008.

David C. Bury
United States District Judge